# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| TMG Services, Inc. | ) | ASBCA No. 60370 |
| | ) | |
| Under Contract No. W912DQ-12-C-4005 | ) | |

APPEARANCE FOR THE APPELLANT:  Hal J. Perloff, Esq.
  Husch Blackwell LLP
  Washington, DC

APPEARANCES FOR THE GOVERNMENT:  Thomas H. Gourlay, Jr., Esq.
  Engineer Chief Trial Attorney
  David F. Innis, Esq.
  Engineer Trial Attorney
  U.S. Army Engineer District, Kansas City

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 16 August 2016

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA No. 60370, Appeal of TMG Services, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals